IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK CARMICHAEL<br>AIS # 231802<br><br>Plaintiff,<br><br>v.<br><br>CO 1 GLENN and VENTRESS<br>CORR. FAC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:25-cv-00441-BL<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On January 20, 2026, the Magistrate Judge recommended that the court dismiss this case without prejudice for the Plaintiff's failure to comply with a court order. (Doc. 10). The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation on February 3, 2026. (Doc. 10). To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to dismiss this action without prejudice. The court will enter a separate final judgment dismissing this action.

**DONE** and **ORDERED** on this the 11th day of February, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE

2